Carl J. CONFORTI, Plaintiff–Appellant,

v.

The OCEAN GROUP, INC., Defendant–Appellee,

and

Timex Corporation, Defendant–Appellee.

No. 2009–1054.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2009.

Rehearing Denied Dec. 1, 2009.

Carl M. DeFranco, Jr., Law Office of Carl M. DeFranco, of Belmont, MA, argued for plaintiff-appellant. On the brief was Brett N. Dorny, Law Office of Brett N. Dorny, of Northborough, MA.

David Lesht, Eugene M. Cummings, P.C., of Chicago, IL, argued for all defendants-appellees. With him on the brief for The Ocean Group, Inc. was Raymond M. Mehler, Cook Alex Ltd., of Chicago, IL.

Robert D. Fine, Chace Ruttenberg & Freedman, LLP, of Providence, RI, for defendant-appellee Timex Corporation.

Before NEWMAN, RADER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.